IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHAMBER STAFFORD**                                                                                  **PETITIONER**

**V.**                                                                          **NO. 4:22-CV-33-DMB-JMV**

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS**                                                                     **RESPONDENT**

**ORDER**

On or about February 25, 2022, Stafford Chambers[1] filed a petition for a writ of habeas corpus in the United States District Court for the Northern District of Mississippi. Doc. #1. Chambers also filed a form motion to proceed in forma pauperis. Doc. #2. However, Chambers failed to complete the authorization for release and the certificate of account sections of the motion with respect to his inmate account information. *Id.* at PageID 18. The same day as these filings, Chambers was ordered to "submit either the $5.00 payment of the filing fee or the proper request to proceed *in forma pauperis*" within 30 days and was warned that "failure to comply … may lead to the dismissal of [the] petition." Doc. #4. Because, to date, Chambers has neither paid the filing fee nor returned a completed copy of the proper form, this habeas action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for Chambers' failure to prosecute and failure to comply with a court order.

**SO ORDERED**, this 12th day of April, 2022.

                                                                              /s/Debra M. Brown
                                                                              **UNITED STATES DISTRICT JUDGE**

---

[1] Based on the exhibit filed with the petition, the petitioner's legal name appears to be Stafford Chambers. *See* Doc. #1 at PageID 15.